IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# BAIL STATUS AND ORDER

| | |
|---|---|
| **September 29, 2011** | IA/AC/PTD |
| Date of Arrest: 9/29/2011 : | ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA : | AUSAs Faithe Moore Taylor and Ashley Lunkenheimer |
| v. : | |
| JOHN SULLIVAN : | Criminal No. 11-525 |
| | Stephen LaCheen, Esquire CJA Appointed. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and probable cause hearing are scheduled before

[] The Defendant stipulated to pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

**[X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.**

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

*/s/ TJR*
THOMAS J. RUETER
CHIEF U.S. MAGISTRATE JUDGE

**NO- INTERPRETER NEEDED**

**TIME IN COURT: 10 MINUTES**

*(Form Revised December, 2007)*