IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 11 -** _____ |
| v. | : | DATE FILED: _____ |
| **JONATHAN SULLIVAN** | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1) (distribution of oxycodone - 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 2, 2011, in Delaware County, in the Eastern District of Pennsylvania, defendant

**JONATHAN SULLIVAN,**

knowingly and intentionally distributed 15 Oxycodone 30mg tablets, each of which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

A TRUE BILL:

_____
**FOREPERSON**

_____
**ZANE DAVID MEMEGER**
**United States Attorney**